GORE *v.* GORE.

FISH, C. J. In view of the evidence this court can not say that there was such a manifest abuse of discretion in granting temporary alimony and attorney's fees as to require a reversal of the order.

*Judgment affirmed. All the Justices concur.*

DECEMBER 13, 1913.

Temporary alimony, etc. Before Judge Frank Park. Mitchell superior court. June 7, 1913.

*E. E. Cox, Pomp Perkins, R. L. Cox, J. M. Mayo,* and *Pope & Bennet,* for plaintiff in error.